**DENIED and Opinion Filed August 15, 2024**



**In the**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01108-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND JEFF HERRIDGE, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03296-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Carlyle

Before the Court is relators' November 3, 2023 petition for writ of mandamus.

Relators challenge the trial court's (1) decision to strike relators' second amended answer and (2) denial of relators' motions for leave to file a second amended answer and Civil Practice and Remedies Code § 18.001 counter-affidavit.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* Tᴇx. R. Aᴘᴘ. P. 52.8(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

231108F.P05